1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11  RORY CHAVEZ,                          ) Case No.: 1:19-CV-0597- JLT
                                          )
12          Plaintiffs,                   )
                                          ) ORDER AFTER NOTICE OF SETTLEMENT
13      v.                                )
                                          ) (Doc. 11)
14  JERZY BARANOWSKI, et al.,             )
                                          )
15          Defendants.                   )
                                          )
16                                        )
                                          )
17  _____  )

18          Plaintiff reports the parties have settled the matter, and request that the Court "vacate all

19  currently set dates." (Doc. 21 at 1) In addition, Plaintiff anticipates file a stipulation for dismissal

20  within sixty days. (*Id.*) Thus, the Court **ORDERS**:

21          1.      The stipulation to dismiss the action **SHALL** be filed **no later than March 6, 2020**;

22          2.      All pending dates, conferences and hearings are **VACATED**.

23  **The parties are advised that failure to comply with this order may result in the Court imposing**

24  **sanctions, including the dismissal of the action.**

25
    IT IS SO ORDERED.
26

27      Dated:   __January 9, 2020__              _____/s/ Jennifer L. Thurston____
                                                  UNITED STATES MAGISTRATE JUDGE
28